# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

131098

JAMES A. PITSCH,
          Plaintiff-Appellee,

v

COUNTRY FRESH, INC.,
          Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131098
COA: 267109
WCAC: 04-000137

On order of the Court, the application for leave to appeal the March 29, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

Clerk

t0724